No. 6,820.—H. O. PETERSON et al., Respondents, v. HEAD-LIGHT BUTTE OIL & DEVELOPMENT CO. et al., Appellants.

Decided July 29, 1931.

PER CURIAM.—Appeal herein is dismissed as per praecipe of appellant.

*Messrs. Logan & Child,* for Appellants.

*Mr. Louis P. Donovan* and *Mr. Horace W. Judson,* for Respondents.

No. 6,917.—STATE ex Rel. DAWSON, Relatrix, v. DISTRICT COURT et al., Respondents.

Decided September 8, 1931.

PER CURIAM.—Petitioner's application for writ of review is denied.

*Mr. John T. Andrews* and *Mr. W. H. Maloney,* for Petitioner.